Case 2:25-cr-20262-TLP    Document 5    Filed 11/03/25    Page 1 of 1    PageID 14

**Sealed documents are no longer available in CM/ECF or via PACER.**

**Please contact the court directly to request access to the document.**

**Reference for court use only**

https://storage.gtwy.dcn:8443/v1/file/tnwd.9840417622.95865992.495161.json