**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Plaintiff, | ) | |
| VS. | ) | CR. NO.2:25-cr-20262-1 TLP |
| RAASHAUN MORRIS, | ) | |
| Defendant. | ) | |

**ORDER DISMISSING CRIMINAL COMPLAINT**

This cause came on to be heard on December 3, 2025, the United States Attorney for this district, Regina Brittenum, appearing for the Government and the defendant Raashaun Morris, appearing in court with counsel, John Catmur.

Upon Oral Motion of the Government, it is hereby ORDERED, ADJUDGED AND DECREED on this 3rd day of December, 2025, that the Criminal Complaint herein is DISMISSED Without Prejudice.

s/Charmiane G. Claxton
**UNITED STATES MAGISTRATE JUDGE**

DATE: December 3, 2025